**FILED**

OCT 1 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Trice Elise Holley, Lead Plaintiff and other co-plaintiffs later named )<br><br>Plaintiff, )<br><br>vs. )<br><br>KPMG LLP formerly KPMG Peat Marwick, LLP defendant DOES 1-100 )<br><br>Defendant(s). ) | 2: 0 9 - CV - 2 9 0 9 FCD JFM PS<br><br>CASE NO. _____<br><br>**EMPLOYMENT DISCRIMINATION COMPLAINT** |

1.   Plaintiff resides at:

Address 1850 Hanover Drive, Apartment 42

City, State & Zip Code Davis, California 95616

Phone cellular (530) 848-8918

2.   Defendant is located at:

Address 55 2nd Street, Suite 1400/#3 Embarcadero Center and Three Chestnut Ridge Road

City, State & Zip Code San Francisco CA 95411 and Montvale New Jersey 07645

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.   The acts complained of in this suit concern:

a. __ Failure to employ me.

b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                                   - 1 -

c. __ Failure to promote me.

d. ✓ Other acts as specified below.

Made malicious and fraudulent referrals to the California Department of Insurance and local district attorneys

in order to have the plaintiff falsely prosecuted for "insurance fraud" in criminal case no. 04002003 to which

the employer (KPMG and its insurers) knew the plaintiff and former worker was factually innocent of all

charges and kept the plaintiff tied up in court for over 40 months when the case was dismissed, The actions of

were the results of plaintiff participation in investigation of KPMG and its insurer activities, the ongoing

attempt to interfere with the plaintiff right to received a WC settlement and participation in vocational rehab.

5.   Defendant's conduct is discriminatory with respect to the following:

a. ✓ My race or color.

b. __ My religion.

c. ✓ My sex.

d. __ My national origin.

e. ✓ Other as specified below.

Disability qualified disabled worker, denied the disability compensation provided by or from KPMG

6.   The basic facts surrounding my claim of discrimination are:

I was employed by KPMG in 1988 and worked as word-processor when suffered a work-related injury affect-

ing my upper extremities on February 7, 1992 and suffered a second injury to my lower back while I was

participating in an authorized and approved vocational rehabilitation plan on October 31, 1993. My employer

and its insurers were liable for injuries. KPMG and its insurers which include workers' compensation Liberty

Mutual Fire Insurance Company, short-term disability insurer Prudential and long-term disability insurer Liber-

ty Life Assurance Company of Boston joined and conspired to take the disability compensation the plaintiff

was entitled to received, but made repeated criminal, malicious, and fraudulent referrals and actions to deprive

the plaintiff of her compensation by giving the appearance of providing the compensation and taking it away.

7.   The alleged discrimination occurred on or about  1992 and continues today  .

(DATE)

8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1  discriminatory conduct on or about September 2007 _____.

2                                    (DATE)

3  9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about July 22, 2009 _____.

5                                    (DATE)

6  10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7          Yes  ✓      No ____

8  11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11  DATED: *October 19, 2009* _____

12                                    SIGNATURE OF PLAINTIFF

13

14  *(PLEASE NOTE: NOTARIZATION*        *LaTrice Elise Holley*

15  *IS NOT REQUIRED.)*                 PLAINTIFF'S NAME

16                                    (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/05)              - 3 -