IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LA TRICE ELISE HOLLEY,[1]

    Plaintiff,　　　　　　　　　　No. 2:09-cv-2909 FCD JFM PS

  vs.

KPMG LLP, etc., et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's request to proceed in forma pauperis is granted.

---

[1] In the complaint, plaintiff listed herself as "lead plaintiff" and claims other co-plaintiffs will be named later.  Plaintiff, however, is a non-lawyer proceeding without counsel.  It is well established that a layperson cannot ordinarily represent the interests of a class.  <u>See</u> <u>McShane v. United States</u>, 366 F.2d 286 (9th Cir. 1966).  Thus, this action will proceed as to plaintiff only.

1

1       2.  Plaintiff shall obtain one USM-285 form for each defendant named in the
2  complaint, one summons for each defendant and an instruction sheet.  Blank USM-285 forms ,
3  blank summons, and instruction sheets are available in the office of the Clerk of the Court.
4       3.  Within thirty days from the date of this order, plaintiff shall complete the
5  attached Notice of Submission of Documents and submit the completed Notice to the court with
6  the following documents:
7            a.  One completed summons for the defendant named in the complaint;
8            b.  One completed USM-285 form for the defendant named in the
9            complaint; and
10           c.  copies of the endorsed complaint filed
11      4.  Plaintiff need not attempt service on defendants and need not request waiver of
12 service.  Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without
14 prepayment of costs.
15      5.  Failure to comply with this order may result in a recommendation that this
16 action be dismissed.
17 DATED:  November 11, 2009.

_UNITED STATES MAGISTRATE JUDGE_

001; holley.ifp

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LA TRICE ELISE HOLLEY,

     Plaintiff,                       No. 2:09-cv-2909 FCD JFM PS

     vs.

KPMG LLP, etc., et al.,               <u>NOTICE OF SUBMISSION</u>

     Defendants.                <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     ____     completed summons form

     ____     completed USM-285 forms

     ____     copies of the Complaint

DATED:

                                               _____

                                               Plaintiff